No. 561. MRS. BILL BREAUX *v.* STATE OF LOUISIANA. Error to the Supreme Court of the State of Louisiana.

Submitted November 23, 1926. Decided November 29, 1926. *Per Curiam.* Affirmed on the authority of *Adams* v. *New York*, 192 U. S. 585; *Hebert* v. *Louisiana*, 272 U. S. 312; and *Van Oster* v. *Kansas*, 272 U. S. 465. *Mr. A. R. Mitchell* for plaintiff in error. *Messrs. Percy Saint* and *E. R. Schowalter* for defendant in error.